UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-00202 |
| | ) | JUDGE RICHARDSON |
| MICHAEL CLAY | ) | |

### **ORDER**

Defendant's Motion for Change of Plea Hearing (Doc. No. 28) is granted.    A plea hearing

in this case is scheduled for **June 15, 2026, at 9:00 a.m.**

IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE